**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **AUTOLOXER LLC,** | |
| Plaintiff, | Case No. 2:16-cv-00140-RWS-RSP |
| v. | |
| **LIEBHERR CRANES, INC.,** | |
| Defendants. | |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims asserted by Plaintiff Autoloxer LLC against Defendant Liebherr Cranes, Inc., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted by Plaintiff Autoloxer LLC against Defendant Liebherr Cranes, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**SIGNED this 13th day of May, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE